JACK G. ANGARAN
Nevada Bar No. 711
BRANDON D. WRIGHT
Nevada Bar No. 13286
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Las Vegas, Nevada 89511
775-827-6440
FAX: 775-827-9256
Jack.angaran@lewisbrisbois.com
Brandon.wright@lewisbrisbois.com
Attorneys for Defendant,
South Shore Condominium Association

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE ALFREDO NAJAR, an, Individual, <br><br> Plaintiff, <br><br> vs. <br><br> SOUTH SHORE CONDOMINIUM ASSOCIATION, a Nevada Corporation; WYNDHAM VACATION OWNERSHIP, INC., a Delaware Corporation; WYNDHAM VACATION RESORTS, INC., a Delaware Corporation; PAUL MOULTON, an Individual; DOES I through X; and ROE CORPORATIONS XI through XX, <br><br> Defendants. | Case No. 3:19-cv-00322 <br><br> **STIPULATION TO REGARDING PRETRIAL ORDER** <br><br> **(First Request)** |

IT IS STIPULATED between Plaintiff JOSE ALFREDO NAJAR ("Plaintiff") and Defendant SOUTH SHORE CONDOMINIUM ASSOCIATION ("Defendant"), by and through their respective counsel, that the Joint Pretrial Order's conference and filing deadline be extended by two weeks, or until February 8, 2021.  This Stipulation and Order is necessary to accommodate delays caused by the ongoing CV-19 pandemic.

/ / /

/ / /

/ / /

4833-8970-6201.1

| | |
|---|---|
| DATED this 25th day of January, 2021 | DATED this 25th day of January, 2021 |
| PANISH SHEA & BOYLE LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Adam Ellis | /s/ Brandon D. Wright |
| Raul Ravipudi<br>Nevada Bar No. 14750<br>Ian Samson<br>Nevada Bar No. 15089<br>Adam Ellis<br>Nevada Bar No. 14514<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>*Attorneys for Plaintiff* | Jack G. Angaran<br>Nevada Bar No. 711<br>Brandon D. Wright<br>Nevada Bar No. 13286<br>5555 Kietzke Lane, Suite 200<br>Reno, Nevada 89511<br>*Attorneys for Defendant* |

ORDER

IT IS SO ORDERED.

_____
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

Dated: January 25, 2021

4833-8970-6201.1                              2