JACK G. ANGARAN
Nevada Bar No. 711
BRANDON D. WRIGHT
Nevada Bar No. 13286
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Las Vegas, Nevada 89511
775-827-6440
FAX: 775-827-9256
Jack.angaran@lewisbrisbois.com
Brandon.wright@lewisbrisbois.com
Attorneys for Defendant,
South Shore Condominium Association

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE ALFREDO NAJAR, an, Individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>SOUTH SHORE CONDOMINIUM ASSOCIATION, a Nevada Corporation; WYNDHAM VACATION OWNERSHIP, INC., a Delaware Corporation; WYNDHAM VACATION RESORTS, INC., a Delaware Corporation; PAUL MOULTON, an Individual; DOES I through X; and ROE CORPORATIONS XI through XX,<br><br>            Defendants. | Case No. 3:19-cv-00322<br><br>**STIPULATION REGARDING PRETRIAL ORDER**<br><br>**(Second Request)** |

IT IS STIPULATED between Plaintiff JOSE ALFREDO NAJAR ("Plaintiff") and Defendant SOUTH SHORE CONDOMINIUM ASSOCIATION ("Defendant"), by and through their respective counsel, that the Joint Pretrial Order's conference and filing deadline be extended by one week, or until February 16, 2021.  This Stipulation and Order is necessary to accommodate delays caused by the ongoing CV-19 pandemic.

/ / /

/ / /

/ / /

4833-8970-6201.1

| | |
|---|---|
| DATED this 8th day of February, 2021 | DATED this 8th day of February, 2021 |
| PANISH SHEA & BOYLE LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Adam Ellis | /s/ Brandon D. Wright |
| Raul Ravipudi<br>Nevada Bar No. 14750<br>Ian Samson<br>Nevada Bar No. 15089<br>Adam Ellis<br>Nevada Bar No. 14514<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>*Attorneys for Plaintiff* | Jack G. Angaran<br>Nevada Bar No. 711<br>Brandon D. Wright<br>Nevada Bar No. 13286<br>5555 Kietzke Lane, Suite 200<br>Reno, Nevada 89511<br>*Attorneys for Defendant* |

IT IS SO ORDERED.

ORDER

_____
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

Dated: February 8, 2021

4833-8970-6201.1    2