1  RAHUL RAVIPUDI
   Nevada Bar No. 14750
2  IAN SAMSON
   Nevada Bar No. 15089
3  ADAM ELLIS
   Nevada Bar No. 14514
4  **PANISH SHEA & BOYLE LLP**
   8816 Spanish Ridge Avenue
5  Las Vegas, NV 89148
   Telephone: 702.560.5520
6  Facsimile: 702.975.2515

7  Attorneys for *Plaintiff Jose Alfredo Najar*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| JOSE ALFREDO NAJAR, an Individual, | Case No. 3-19-cv-00322-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE TRIAL** |
| SOUTH SHORE CONDOMINIUM ASSOCIATION, a Nevada Corporation; DOES I through X; and ROE CORPORATIONS XI through XX, | |
| Defendants. | |

The parties, by and through their undersigned counsel of record, hereby stipulate to continue trial in this matter by 120 days.  Good cause exists to continue trial as the parties have agreed to participate in mediation.  The extension will permit the parties time to schedule and attend mediation which would avoid the expenses and cost of trial preparation if successful, and subsequently prepare for trial in the event the matter is not resolved at mediation.

SO STIPULATED:

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| **PANISH SHEA & BOYLE LLP** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| By: */s/ Adam Ellis*<br>RAHUL RAVIPUDI, ESQ.<br>Nevada Bar No. 14750<br>IAN SAMSON, ESQ.<br>Nevada Bar No. 15089<br>ADAM ELLIS, ESQ.<br>Nevada Bar No. 14514<br>8816 Spanish Ridge Ave.<br>Las Vegas, NV 89148<br>*Attorneys for Plaintiff* | By: */s/ Jack Angaran*<br>JACK G. ANGARAN, ESQ.<br>Nevada Bar No. 711<br>BRANDON D. WRIGHT, ESQ.<br>Nevada Bar No. 13286<br>5555 Kietzke Lane, Suite 200<br>Reno, Nevada 89511<br>Attorneys for Defendant |

### ORDER

Pursuant to stipulation of the parties, and good cause appearing, trial is hereby CONTINUED and is set for jury trial on the stacked calendar on 5/9/2022 at 9:00 AM. Calendar call will be held on 5/2/2022 at 1:00 PM (telephonic).

DATED: 12/9/20-21

_____
UNITED STATES DISTRICT JUDGE

*Case No. 3-19-cv-00322-MMD-WGC*

2