JACK G. ANGARAN
Nevada Bar No. 711
BRANDON D. WRIGHT
Nevada Bar No. 13286
PHILIP J. TACASON
Nevada Bar No. 15655
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Las Vegas, Nevada 89511
775-827-6440
FAX: 775-827-9256
Jack.Angaran@lewisbrisbois.com
Brandon.Wright@lewisbrisbois.com
Philip.Tacason@lewisbrisbois.com
Attorneys for Defendant,
South Shore Condominium Association

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE ALFREDO NAJAR, an, Individual,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTH SHORE CONDOMINIUM ASSOCIATION, a Nevada Corporation; DOES I through X; and ROE CORPORATIONS XI through XX,<br><br>Defendants. | Case No. 3:19-cv-00322<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO MOTIONS IN LIMINE AND LEAVE TO FILE REPLIES**<br><br>(First Request) |

IT IS STIPULATED between Plaintiff JOSE ALFREDO NAJAR ("Plaintiff") and Defendant SOUTH SHORE CONDOMINIUM ASSOCIATION ("Defendant"), that the deadline for filing Opposition to Motions in Limine be extended by two (2) weeks from December 10, 2021 to December 24, 2021.  The parties so stipulate in light of the Court's Stipulated Order entered December 9, 2021, continuing the jury trial in this matter from January 3, 2022 trial stack to May 9, 2022 trial stack.

/ / /

/ / /

4858-2534-0934.1

IT IS FURTHER STIPULATED and REQUESTED that the parties be permitted to file a Reply to any Opposition to Motion in Limine if the Court GRANTS leave to do so. The Replies shall be filed on or before January 7, 2022.

DATED this 10th day of December, 2021.   DATED this 10th day of December, 2021.

PANISH SHEA BOYLE RAVIPUDI LLP   LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Adam Ellis*  
Raul Ravipudi  
Nevada Bar No. 14750  
Ian Samson  
Nevada Bar No. 15089  
Adam Ellis  
Nevada Bar No. 14514  
8816 Spanish Ridge Avenue  
Las Vegas, Nevada 89148  
*Attorneys for Plaintiff*

*/s/ Brandon D. Wright*  
Jack G. Angaran  
Nevada Bar No. 711  
Brandon D. Wright  
Nevada Bar No. 13286  
Philip J. Tacason  
Nevada Bar No. 15655  
5555 Kietzke Lane, Suite 200  
Reno, Nevada 89511  
*Attorneys for Defendant*

ORDER

Pursuant to the Stipulation of the parties, and good cause appearing, the deadline for filing Opposition to Motions in Limine be extended by two (2) weeks from December 10, 2021 to December 24, 2021.

Leave is GRANTED for the parties to file a Reply to any Opposition to Motion in Limine. The Replies shall be filed on or before January 7, 2022.

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

Dated: December 13, 2021

4858-2534-0934.1                         3