RAHUL RAVIPUDI
Nevada Bar No. 14750
IAN SAMSON
Nevada Bar No. 15089
ADAM ELLIS
Nevada Bar No. 14514
**PANISH SHEA BOYLE RAVIPUDI LLP**
8816 Spanish Ridge Avenue
Las Vegas, NV 89148
Telephone: 702.560.5520
Facsimile: 702.975.2515

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| JOSE ALFREDO NAJAR, an Individual, | Case No. 3-19-cv-00322-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| SOUTH SHORE CONDOMINIUM ASSOCIATION, a Nevada Corporation; WYNDHAM VACATION OWNERSHIP, INC, a Delaware Corporation; WYNDHAM VACATION RESORTS, INC., a Delaware Corporation; PAUL MOULTON, an Individual; DOES I through X; and ROE CORPORATIONS XI through XX, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  The parties, by and through their undersigned counsel of record, hereby agree to dismiss all
2 claims in this case and the lawsuit with prejudice.  Each party is to bear their respective attorney's
3 fees, costs, and interest.

4  **DATED**:  August 8, 2022   **DATED**:  August 8, 2022
5  **PANISH SHEA BOYLE RAVIPUDI LLP**   **LEWIS BRISBOIS BISGAARD & SMITH LLP**

6  By: */s/ Adam Ellis*   By: */s/ Brandon Wright*
   RAHUL RAVIPUDI   JACK G. ANGARAN, ESQ.
7  Nevada Bar No. 14750   Nevada Bar No. 711
   IAN SAMSON   BRANDON D. WRIGHT, ESQ.
8  Nevada Bar No. 15089   Nevada Bar No. 13286
   ADAM ELLIS   5555 Kietzke Lane, Suite 200
9  Nevada Bar No. 14514   Reno, Nevada 89511
   *Attorneys for Plaintiff*   *Attorneys for Defendant*
10

11
   IT IS SO ORDERED
12
   _____
13
14 United States District Judge

15   Dated: __August 8, 2022__

2